## HYLER v. GTE PRODUCTS CO.

No. 96PA92

Case below: 105 N.C.App. 443

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1992.

## IN RE MURPHY

No. 151A92

Case below: 105 N.C.App. 651

Appeal by respondent (Larry David Murphy) pursuant to G.S. 7A-30 retained by order of the Court 29 June 1992.

## LOG SYSTEMS, INC. v. WILKEY

No. 156P92

Case below: 106 N.C.App. 90

Temporary stay dissolved 24 June 1992. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.

## MEYERS v. DEPT. OF HUMAN RESOURCES

No. 119A92

Case below: 105 N.C.App. 665

Petition by defendant (Commission) for temporary stay allowed 27 May 1992, nunc pro tunc 2 April 1992. Petition by defendant (Commission) for writ of supersedeas allowed 24 June 1992. Petition by defendant (Commission) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 24 June 1992 as to issue as to whether Personnel Commission is necessary party, otherwise denied.

Petition by defendant (DHR) for writ of supersedeas allowed 24 June 1992. Petition by defendant (DHR) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 24 June 1992.